**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 23-6528**

─────────────

CASEY TYLER,

        Plaintiff - Appellant,

    v.

ASST. SUPERINTENDENT PAMELA J. LOCKLEAR,

        Defendant - Appellee.

─────────────

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  William L. Osteen, Jr., District Judge.  (1:20-cv-00166-WO-JLW)

─────────────

Submitted:  August 15, 2024                  Decided:  September 5, 2024

─────────────

Before KING, RICHARDSON, and QUATTLEBAUM, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Casey Rafael Tyler, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Casey Rafael Tyler appeals the district court's order accepting in part the recommendation of the magistrate judge and granting Defendant Pamela J. Locklear's motion for summary judgment in Tyler's 42 U.S.C. § 1983 action.  Tyler also appeals the magistrate judge's text orders denying Tyler's motions to appoint counsel.  We have reviewed the record and find no reversible error.  Accordingly, we affirm.  *Tyler v. Locklear*, No. 1:20-cv-00166-WO-JLW (M.D.N.C. Mar. 18, 2021; Apr. 7, 2021; Sept. 30, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*